MAGISTRATE JUDGE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE WATTS,

    Plaintiff,

v.

GOOGLE LLC, a corporation, and CRAIG FISHER, individually,

    Defendants.

NO. 2:24−cv−01075−MLP

**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO REMAND CASE TO STATE COURT**

Good cause appearing, the parties' Stipulated Motion to Remand Case to State Court is GRANTED.

This matter captioned *Kyle Watts v. Google LLC, a corporation, and Craig Fisher, individually*, Civil Action No. 24-2-13418-2 SEA, is hereby ordered remanded to King County Superior Court.

    IT IS SO ORDERED.
    Dated this 6th day of December, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
TO REMAND CASE TO STATE COURT - 1
NO. 2:24−cv−01075−MLP

Rekhi & Wolk, P.S.
529 Warren Avenue N., Suite 201
Seattle, WA 98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924

Presented by:

REKHI & WOLK, P.S.

By: */s/ Hardeep S. Rekhi* WSBA # 34579
    Hardeep S. Rekhi, WSBA #34579
    Email: hardeep@rekhiwolk.com
    529 Warren Ave N., Suite 201
    Seattle, Washington 98109
    Telephone: (206) 388-5887
    Facsimile: (206) 577-3924

*Attorney for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Claire M. Lesikar (per authorization)*
Molly A. Terwilliger, WSBA #28449
Claire M. Lesikar, WSBA #60406
Anne E. Philpot, WSBA #59257
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: molly.terwilliger@morganlewis.com
       claire.lesikar@morganlewis.com
       anne.philpot@morganlewis.com

*Attorneys for Defendants*

ORDER GRANTING STIPULATED MOTION
TO REMAND CASE TO STATE COURT - 2
NO. 2:24−cv−01075−MLP

**Rekhi & Wolk, P.S.**
529 Warren Avenue N., Suite 201
Seattle, WA 98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924